UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAUI JIM, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NYS COLLECTION, LLC,<br><br>Defendant. | No.<br><br>**MAUI JIM'S COMPLAINT FOR PATENT INFRINGEMENT OF U.S. DES. PAT. NO. D481,059 AND DEMAND FOR JURY TRIAL**<br><br>**EQUITABLE RELIEF SOUGHT** |

### MAUI JIM'S COMPLAINT AND JURY DEMAND

Plaintiff Maui Jim, Inc. files this Complaint and Jury Demand against Defendant NYS Collection, LLC upon personal knowledge as to its own actions and upon information and belief as to all other matters.

### PARTIES

1. Plaintiff Maui Jim, Inc. ("Maui Jim") is an Illinois Corporation with its principal place of business located in Peoria, Illinois.

2. Defendant NYS Collection, LLC ("NYS") is a Delaware Limited Liability Corporation with a principal place of business at 550 39th Street, Brooklyn, New York 11232.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

4. Based upon 28 U.S.C. § 1391, venue is proper in this district because NYS is subject to personal jurisdiction in this district.

5. This Court has personal jurisdiction over NYS because, *inter alia*, NYS has conducted business in this District and has taken other actions that result in jurisdiction over it being proper in this District.

## FACTUAL BACKGROUND

6. On August 14, 2002, Walter Hester and Jennifer Egbert filed for patent protection on a new and unique design for sunglasses. Mr. Hester and Ms. Egbert assigned all rights in the design to Maui Jim, Inc.

7. The United States Patent and Trademark Office evaluated Mr. Hester's and Ms. Egbert's new eyewear design and, after considering many prior eyewear designs, determined that Mr. Hester's and Ms. Egbert's design was new and original. Accordingly, the United States Patent Office awarded United States Design Patent No. D481,059 (the '059 Patent) on October 21, 2003 to Maui Jim, Inc. A copy of the '059 Patent is attached as Exhibit 1.

8. By assignment from Mr. Hester and Ms. Egbert, Maui Jim owns all rights and title to the '059 patent, including full rights in and to the claims and causes of action in this suit.

9. Maui Jim markets Mr. Hester and Ms. Egbert's design in its popular MJ Sport® line of sunglasses under the name Ho'okipa.

10. Maui Jim has promoted the unique design of the Ho'okipa sunglasses in print and electronic media. The Ho'okipa sunglasses have enjoyed great commercial success.

## FIRST CLAIM FOR RELIEF – NYS'S INFRINGEMENT OF U.S. DES. PAT. NO. D481,059

11. Defendant NYS has been and is infringing the '059 patent. In so doing, NYS is capitalizing on the success of the Maui Jim Ho'okipa sunglasses by making, selling, offering for sale, and/or importing into the United States sunglasses under the model number "6601" ("6601 sunglasses") that are substantially the same as the novel design claimed in the '059 patent. NYS sells sunglasses through carts in shopping malls, including in this District, and through web vendors including www.BargainDepot.net. Figure 2 of the '059 patent is show below next to a photograph of the 6601 sunglasses purchased from www.BargainDepot.net. The 6601 sunglasses purchased from www.BargainDepot.net are labeled with the "6601" model number and the NYS Collection® logo.



| D481,059; FIG. 2 | 6601 Sunglasses |

12.     The NYS 6601 sunglasses are sold as being "comparable in design" to Maui Jim's sunglasses. (See www.BargainDepot.net webpage print-out attached as Exhibit 3).

13.     Maui Jim's Ho'okipa sunglasses are marked under the '059 patent in accordance with 35 U.S.C. § 287(a).

14.     NYS has been offering for sale or selling the 6601 sunglasses since at least June 2004.

15.     NYS has willfully infringed the '059 patent, and will continue to willfully infringe the patent until it ceases all of its infringing acts, thus warranting an assessment of increased damages and attorneys fees pursuant to 35 U.S.C. §§ 284 and 285.

16.     Maui Jim has been damaged by NYS's infringement and will continue to suffer irreparable injury unless the Court enjoins NYS from continuing its wrongful conduct.

17.     Pursuant to 35 U.S.C. §§ 283, Maui Jim requests that the Court enjoin NYS from continuing to infringe the '059 patent.

18.    Pursuant to 35 U.S.C. §§ 271, 281, and 284, Maui Jim seeks an award of damages in an amount to be determined by the trier of fact.

19.    Pursuant to 35 U.S.C. §§ 289, Maui Jim seeks an award of statutory damages.

### **PRAYER FOR RELIEF**

Maui Jim respectfully requests that the Court enter judgment against NYS, and award Maui Jim the following relief:

a.    Declaration that the '059 patent is valid, enforceable, and infringed by NYS;

b.    Temporary and permanent injunctive relief enjoining NYS, its officers, directors, employees, agents, attorneys, successors, and assigns, and all persons acting on its behalf, in privity or concert with it, or within its control from making, using, selling, offering to sell, importing, or otherwise infringing the '059 patent, and requiring it to deliver all infringing sunglasses in its possession, custody or control to Maui Jim for destruction;

c.    Damages for infringement of Maui Jim's '059 patent, including at least statutory damages under 35 U.S.C. § 289;

d.    Increased damages and attorneys fees;

e.    Prejudgment and post-judgment interest at the highest rates authorized by law; and

f.    Costs of court.

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38 and CDIL-LR 38.1, Maui Jim demands a jury trial.

Dated: June 28, 2006            By: _____
                                James R. Sobieraj (Lead Counsel CDIL-LR 11.2)
                                Jason C. White  (*Admission Pending*)
                                Trevor K. Copeland

                                BRINKS HOFER GILSON & LIONE
                                NBC Tower - Suite 3600
                                455 North Cityfront Plaza Drive
                                Chicago, Illinois  60611
                                Telephone:    (312) 321-4200
                                Facsimile:    (312) 321-4299

                                Attorneys for Plaintiff
                                MAUI JIM, INC.

# **EXHIBIT 1**


US00D481059S

## (12) United States Design Patent
### Egbert et al.

(10) Patent No.: **US D481,059 S**
(45) Date of Patent: ★★ **Oct. 21, 2003**

(54) **SUNGLASSES**

(75) Inventors: **Jennifer Egbert**, Lahaina, HI (US); **Walter Hester**, Lahaina, HI (US)

(73) Assignee: **Maui Jim, Inc.**, Peoria, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/165,676**

(22) Filed: **Aug. 14, 2002**

(51) LOC (7) Cl. .................................................. **16-06**
(52) U.S. Cl. ..................................... **D16/315**; D16/316
(58) Field of Search ........................ D16/101, 300–330, D16/335; D29/109, 110; D24/110.2; 351/41, 44, 51, 52, 103–109, 158; 2/447–449

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D199,933 S | * | 12/1964 | Shindler | D16/316 |
| D221,480 S | * | 8/1971 | Tagnon | D16/315 |
| D247,440 S | * | 3/1978 | Bloch | D16/316 |
| 6,196,681 B1 | * | 3/2001 | Canavan | 351/106 |
| D443,633 S | * | 6/2001 | Lazarides | D16/327 |
| D464,982 S | * | 10/2002 | Thixton et al. | D16/316 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Marshall, Gerstein & Borun

(57) **CLAIM**

The ornamental design for sunglasses, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the sunglasses;
FIG. 2 is a front view of the sunglasses;
FIG. 3 is a rear view of the sunglasses;
FIG. 4 is a side view, the opposite side view being a mirror image thereof;
FIG. 5 is a top view; and,
FIG. 6 is a bottom view.

**1 Claim, 5 Drawing Sheets**



FIG. 1



FIG. 2



FIG. 3






FIG. 4



FIG. 5



FIG. 6

# **EXHIBIT 2**





**Product Search:**

Search

Beach Towels

Bean Bags

Blankets

Candles

Collectible Mugs

Collegiate Merchandise

Greeting Cards

Handbags

MLB Merchandise

NASCAR Merchandise

NBA Merchandise

NFL Merchandise

Skin Care

Sunglasses

**Sign up for The Bargain Alert to find out about secret sales and special savings before anyone else.**

**Email Address:**





## Compare to Maui Jim 6601

**Compare Our Prices To Maui Jim**

These quality sunglasses are comparable in style and quality with higher-priced models. Buy now and get the style you want without paying outrageous retail prices.

These sunglasses have passed the FDA with impact resistance lenses and are guaranteed to absorb more than 99% of harmful UVA & UVB rays. These sunglasses also reduce infrared rays and filter color while maintaining high levels of visible contrast.

We have no association or relationship with the above named company whatsoever. The consumer may compare our pirces and product to the above. However, our produce is unique and different than the above mentioned product. We do not represent our sunglasses to be the originals nor are they copies of the above.

**Availability:** Please allow 24 to 72 hours for order processing

Privacy Policy

Return Policy

Retail Value:   $ 300.00

**Our Price:   $ 12.99**

**You Save 96%**

**To Order This Product...**

Please review the accessories we suggest for this product. Check the box next to any you would like to add to your order then click the "Add To Cart" button:

| ☑ | Order Compare to Maui Jim 6601 (featured above) **$ 0.00** |
|---|---|
| ☐ |  Pleather Soft Cases **$ 4.99** Our Pleather Soft Cases keep your sunglasses protected. Color: Black |

Add To Cart

FAQ  |  Return Policy  |  Privacy Policy  |  View Cart  |  Contact Us

(c) 2004, BargainDepot.net

JS 44 (Rev. 11/04)

E-FILED
Wednesday, 28 June, 2006 03:48:45 PM
Clerk, U.S. District Court, ILCD

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MAUI JIM, INC.

## DEFENDANTS
NYS COLLECTION, LLC

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant KINGS CO., NY
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
BRINKS, HOFER, GILSON & LIONE

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  ☐ 365 Personal Injury - Product Liability |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. §§ 271

Brief description of cause:
Defendants are infringing U.S. Des. Pat. No. D481,059 of Plaintiff

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 6/28/2006

SIGNATURE OF ATTORNEY OF RECORD
[signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____