## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MAUI JIM, INC., an Illinois Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NYS COLLECTION, LLC,<br><br>        Defendant. | No.<br><br>**MAUI JIM'S COMPLAINT FOR PATENT INFRINGEMENT OF U.S. DES. PAT. NO. D481,059 AND DEMAND FOR JURY TRIAL**<br><br>**EQUITABLE RELIEF SOUGHT** |

### MAUI JIM'S CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff Maui Jim, Inc., furnishes the following in compliance with CDIL-LR 11.3:

    1.    Represented party: Maui Jim, Inc., an Illinois corporation having a principal place of business in Peoria, Illinois;

    2.    Maui Jim, Inc. is a privately held company and has no parent;

    3.    Maui Jim, Inc. will be represented at all times in this matter by the law firm of Brinks, Hofer, Gilson and Lione, P.C.

Dated: June 28, 2006

By: /s/ Trevor K. Copeland
James R. Sobieraj (Lead Counsel CDIL-LR 11.2)
Jason C. White  (*Admission Pending*)
Trevor K. Copeland
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone:    (312) 321-4200
Facsimile:    (312) 321-4299

Attorneys for Plaintiff
MAUI JIM, INC.