AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

MAUI JIM, INC., Plaintiff,
v.
NYS COLLECTION, LLC, Defendant

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MAUI JIM, INC., Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/28/2006 | *James R. Sobieraj* |
| Date | Signature |
| | James R. Sobieraj          06183779 |
| | Print Name                 Bar Number |
| | 455 N. Cityfront Plaza Dr. NBC Tower - Ste 3600 |
| | Address |
| | Chicago        IL        60611 |
| | City        State        Zip Code |
| | (321) 321-4200        (312) 321-4299 |
| | Phone Number        Fax Number |

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL           DISTRICT OF           ILLINOIS

MAUI JIM, INC., Plaintiff,
v.
NYS COLLECTION, LLC, Defendant

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MAUI JIM, INC., Plaintiff

I certify that I am admitted to practice in this court. (PENDING)

| | |
|---|---|
| 6/28/2006 | *[signature]* |
| Date | Signature |
| | Jason C. White    06238352 |
| | Print Name    Bar Number |
| | 455 N. Cityfront Plaza Dr. NBC Tower - Ste 3600 |
| | Address |
| | Chicago    IL    60611 |
| | City    State    Zip Code |
| | (321) 321-4200    (312) 321-4299 |
| | Phone Number    Fax Number |

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

MAUI JIM, INC., Plaintiff,
v.
NYS COLLECTION, LLC, Defendant

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    MAUI JIM, INC., Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/28/2006 | *(signature)* Trevor K. Copeland |
| Date | Signature |
| | Trevor K. Copeland    06281211 |
| | Print Name    Bar Number |
| | 455 N. Cityfront Plaza Dr. NBC Tower - Ste 3600 |
| | Address |
| | Chicago    IL    60611 |
| | City    State    Zip Code |
| | (321) 321-4200    (312) 321-4299 |
| | Phone Number    Fax Number |