UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAUI JIM, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NYS COLLECTION, LLC,<br><br>Defendant. | No.<br><br>**MAUI JIM'S COMPLAINT FOR PATENT INFRINGEMENT OF U.S. DES. PAT. NO. D481,059 AND DEMAND FOR JURY TRIAL**<br><br>**EQUITABLE RELIEF SOUGHT** |

### PLAINTIFF'S NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS

To Whom It May Concern:

The complaint filed herewith under the above-noted caption alleges infringement of United States Design Patent Number D481,059. This statement provides the information required of the Clerk under 35 U.S.C. § 290.

The parties are:

    PLAINTIFF – Maui Jim, Inc.
    One Aloha Lane
    Peoria, Illinois 61615

and

    DEFENDANT – NYS Collection, LLC
    550 39th Street
    Brooklyn, New York 11232

The inventors of United States Design Patent Number D481,059 are Walter Hester and Jennifer Egbert.

Dated: June 28, 2006          By: _____
James R. Sobieraj (Lead Counsel CDIL-LR 11.2)
Jason C. White  (*Admission Pending*)
Trevor K. Copeland
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone:    (312) 321-4200
Facsimile:    (312) 321-4299

Attorneys for Plaintiff
MAUI JIM, INC.