UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MAUI JIM, INC., an Illinois Corporation, <br><br>         Plaintiff, <br><br>  vs. <br><br>NYS COLLECTION, LLC, <br><br>         Defendant. | No.  1:06-cv-1170 <br><br>**MAUI JIM'S COMPLAINT FOR PATENT INFRINGEMENT OF U.S. DES. PAT. NO. D481,059 AND DEMAND FOR JURY TRIAL** <br><br>**EQUITABLE RELIEF SOUGHT** |

### STIPULATED DISMISSAL (RULE 41)

WHEREAS, on June 28, 2006, Plaintiff Maui Jim, Inc. ("Maui Jim") filed its Complaint for patent infringement against NYS Collection, LLC ("Defendant," and with Maui Jim collectively hereinafter the "Parties"); and

WHEREAS, on July 28, 2006, the Parties executed a final Settlement Agreement and pursuant thereto the Parties are requesting the Court to enter this Stipulated Dismissal with prejudice.

In witness wherefore, by signing below, the Parties, by and through their counsel of record, hereby AGREE AND STIPULATE, AND THE COURT ORDERS ADJUDGES AND DECREES, AS FOLLOWS:

1. This Court has jurisdiction over this matter for purposes of enforcing the Settlement Agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994), and Defendant stipulates that jurisdiction and venue are proper for enforcement of and any dispute resolution relative to the Settlement Agreement.

2  Maui Jim's claims against the Defendant, and any claims that the Defendant could have brought against Maui Jim, are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(i); and

3.  Other than as provided in the Settlement Agreement, each party shall bear its own costs and attorneys' fees.

Dated: _____  _____
United States District Judge

Dated:   8/7/2006    BRINKS HOFER GILSON & LIONE

By:   s/ Trevor K. Copeland
James R. Sobieraj (Lead Counsel)
Jason C. White
Trevor K. Copeland
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611-5599

Attorneys for Plaintiff, Maui Jim, Inc.

Dated:   8/7/2006    UTILLA & ASSOCIATES

By:   s/ Michael Utilla
Michael Utilla (Lead Counsel)
UTILLA & ASSOCIATES
26 Court Street, Suite 2810
Brooklyn, NY 11242

Attorney for Defendant NYS Collection, LLC